UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: **MAY** _____

Case No. _08-cr-0275 MMC_   JUDGE: **Maxine M. Chesney**

_Lindsey Davis_
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

_Tracy Kelly_
U.S. ATTORNEY

_Ned Smock_
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: _Katherine Powell_

### PROCEEDINGS

REASON FOR HEARING  _Change of Plea - Held._

RESULT OF HEARING  _Plea Agreement filed in open court._
_Δ pled guilty to Count one of_
_Information._

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
     (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _6/25/08 @ 2:30_ for _Judgment & Sentencing_

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

