UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: JUN 2 5 2008

Case No. CR-08-0275 MMC         JUDGE: Maxine M. Chesney

DEFENDANT: Kimberly Wells        Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Tarek Helou       ATTORNEY FOR DEFENDANT: Ned Smock

Deputy Clerk: TRACY LUCERO       Reporter: Connie Kuhl

## PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing - Held.

RESULT OF HEARING: Sentence - 12 months & 1 day in custody. Supervised Release 3 years, $100 special assessment. Submit to search, mental health treatment. No weapons (see judgment for additional conditions).
USPO - Jacqueline Sharpe

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
        (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____